02-13-004-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00004-CV 

 

 


 
 
 Bobby Boyd and Cynthia Boyd
 
 
  
 
 
 APPELLANTS
 
 
 
 
 V.
 
 
 
 
 Deutsche Bank National Trust Company, as Trustee of
 Indymac Indx Mortgage Loan Trust 2005-AR18
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM County
Court at Law No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants' “Motion To Dismiss With
Prejudice.”  It is the court’s opinion that the motion should be granted;
therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

          Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ.   

 

DELIVERED:
 March 21, 2013 








 









[1]See Tex. R. App. P. 47.4.